**702 JOHNSON ET AL. vs. CIRCUIT JUDGE** (Presque Isle), No. 15234½.

To vacate order holding that in the answer to a petition for sale of land for delinquent taxes, there are no specific allegations sufficient to raise an issue.

Order to show cause denied November 10, 1895.

**703 WYNKOOP vs. CIRCUIT JUDGE** (Grand Traverse), No. 16277, 4 D. L. N., 330.

To set aside a decree entered for the sale of lands delinquent for taxes of 1892, it being claimed that the affidavit of publication did not confer jurisdiction, because, (1) although sworn to, it is not signed by the affiant; (2) it does not state that the paper is a paper circulated in the county where the lands are situate, and (3) it does not state that the order of the court and the petition of the auditor general were ever published, as required by law.

Denied with costs, June 7, 1897.

**704 COIT ET AL. vs. SUPERIOR COURT JUDGE** (Grand Rapids), No. 15618½.

To vacate an order setting aside a judgment in a case tried by the court without a jury, where the court's conclusions were announced February 29; a request for findings was filed March 3, and on March 11 the clerk entered in the journal a judgment as of February 29, and at the date of such entry no findings had been made.

Order to show cause denied May 19, 1895.